AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ROY BERNARD MANSKER,

V.

DIVERSIFIED ADJUSTMENT SERVICE, INC. and SPRINT CORPORATION,

CASE NUMBER: 1:17-cv-02064

ASSIGNED JUDGE: Hon. Harry D. Leinenweber

DESIGNATED MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

Sprint Corporation
c/o Registered Agent
Corporation Service Company
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



March 17, 2017

DATE

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Illinois

Case Number: 1:17-CV-02064

Plaintiff:
**ROY BERNARD MANSKER ET AL**

vs.

Defendant:
**DIVERSIFIED ADJUSTMENT SERVICE, INC ET AL**

For:
ROS SECURITY INC
23900 W INDUSTRIAL DR S
STE 3
PLANFIELD, IL 60585

Received by ARISTOCRAT PROCESS SERVING/KIS on the 20th day of March, 2017 at 12:26 pm to be served on **SPRINT CORPORATION C/O RA- CORPORTION SERVICE COMPANY, 2900 SW WANAMAKER DR, SUITE 204, TOPEKA, KS 66614.**

I, AJ JENSEN, being duly sworn, depose and say that on the **24th day of March, 2017** at **9:12 am, I:**

Served the within named entity by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT FOR RELIEF, EXHIBITS.** to AUDRA ADKINS as AUTHORIZED AGENT of the within named entity, at the address of: 2900 SW WANAMAKER DR, SUITE 204, TOPEKA, KS 66614.

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

EMILY KOTTMAN
Notary Public - State of Kansas
My Appointment Expires 11/15/2020

Subscribed and Sworn to before me on the 25 day of March, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

AJ JENSEN   03-25-17

ARISTOCRAT PROCESS SERVING/KIS
115 E. Park St.
Ste. D
Olathe, KS 66061
(913) 780-2007

Our Job Serial Number: AIL-2017006670

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1g



PDF created with pdfFactory trial version www.pdffactory.com